# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DONTE BLOCKER,** | : | **CIVIL ACTION** |
| ***Plaintiff,*** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **AMAZON.COM, INC., et al.,** | : | |
| ***Defendants.*** | : | **NO. 23-00629** |

**ORDER**

**AND NOW**, this **18th** day of **May 2023**, upon consideration of Defendants Amazon.com, Inc., d/b/a Amazon Flex, Amazon.com Services, LLC, f/k/a Amazon Fulfillment Services, Inc., and Amazon Logistics, Inc.'s Motion to Dismiss Counts II, III, and IV of Plaintiff's Second Amended Complaint for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) and Motion to Strike Pursuant to Fed. R. Civ. P. 12(f) (ECF No. 20) and Plaintiff's Response in Opposition (ECF No. 21), it is hereby **ORDERED** that Defendants' Motion (ECF No. 20) is **DENIED**.

Defendants Amazon.com, Inc., d/b/a Amazon Flex, Amazon.com Services, LLC, f/k/a Amazon Fulfillment Services, Inc., and Amazon Logistics, Inc. **must file an Answer by no later than June 8, 2023.**

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**