## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2026, I electronically filed the attached pleading with the Eastern District of Pennsylvania using their Electronic Filing System which will send notification of such filing to all counsel involved in this matter. Upon receipt of the notification, if counsel is not a registered e-filer, a hard copy will be served via first class mail, postage pre-paid.

DICKIE, McCAMEY & CHILCOTE, P.C.

BY: James R. Andrzejewski

James R. Andrzejewski, Esquire